UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 2012-52 (WOB-CJS)

BRANDY LEIGH SEYMOUR                                PLAINTIFF

VS.                        **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                      DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #16), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment is **denied**; and that defendant's motion for summary judgment is **granted**. A separate Judgment shall enter concurrently herewith.

This 26th day of February, 2013.



Signed By:
William O. Bertelsman WOB
United States District Judge